1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            | Case No. 1:23-po-00018-SAB
12 |              Plaintiff,               | [Citation #E1762504 CA/51]
13 | v.
14 | DANIEL DEJESUS,                       | MOTION AND ORDER FOR DISMISSAL
15 |              Defendant.

16

17

18     The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:23-po-

20 00018-SAB [Citation #E1762504 CA/51] against DANIEL DEJESUS, without prejudice, in the interest

21 of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23 DATED: February 13, 2023              Respectfully submitted,

24                                      PHILLIP A. TALBERT
                                        United States Attorney
25
                                 By:    /s/ *Chan Hee Chu*
26                                      CHAN HEE CHU
                                        Special Assistant United States Attorney
27

28

                                          1
                                                              U.S. v. Dejesus
                                                              Case No. 1:23-po-00018-SAB

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:23-po-00018-SAB [Citation #E1762504 CA/51] against DANIEL DEJESUS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **February 13, 2023**

UNITED STATES MAGISTRATE JUDGE